WHETHER SPECIFICATIONS 2 AND 3 OF CHARGE I ARE MULTI-PLICIOUS.

Briefs will be filed under Rule 25.

No. 13–0498/AF. U.S. v. Christopher J. Martin. CCA S32035. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 31, 2013.

No. 14–0066/AR. U.S. v. Jonathan J. Blair. CCA 20110846. Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *up to and including October 30, 2013,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0109/AF. U.S. v. Daniel M. Blair. CCA S32028. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 31, 2013.

No. 14–0110/AF. U.S. v. Joe A. Montoya IV. CCA 38116. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 31, 2013.

No. 14–8003/AF. U.S. v. Douglas A. Toro. CCA 2013–23. Appellant's motion for a stay of proceedings below is denied.

Wednesday, October 16, 2013

No. 13–0699/AR. U.S. v. Roberto L. Quinonez. CCA 20110211. On consideration of the petition for grant of review of the decision of the United States Army Court

of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Army Court of Criminal Appeals is affirmed.* [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 13–0699/AR. U.S. v. Roberto L. Quinonez. CCA 20110211. [See also APPEALS–SUMMARY DISPOSITIONS this date.]

No. 14–0009/AR. U.S. v. Jesus Gutierrez, Jr. CCA 20120104. Review granted on the following issue:

> WHETHER THE EVIDENCE OF STALKING WAS LEGALLY SUFFICIENT WHERE APPELLANT WAS ACQUITTED OF RAPE AND THE PROSECUTION RELIED ON THE EVIDENCE OF RAPE TO PROVE STALKING.

Briefs will be filed under Rule 25.

No. 14–5001/AR. U.S. v. Joshua R. Sickels. CCA 20110110. Notice is hereby given that a certificate for review of the decision of the United States Army Court of Criminal Appeals was filed under Rule 22 this date on the following issue:

> WHETHER THE ARMY COURT OF CRIMINAL APPEALS ERRED WHEN IT HELD THAT DEFENSE COUNSEL'S INVESTIGATION AND PRESENTATION OF A SENTENCING CASE WAS INEFFECTIVE.

---

* It is noted that in summarizing the findings, the court omitted any reference to the conviction under Charge III, Specification 3, for indecent exposure under Article 120, Uniform Code of Military Justice, 10 U.S.C. § 920 (2006).